IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN SOUTHERN * | |
| PLAINTIFF * | CIVIL ACTION NO. _____ |
| * | |
| VS. * | |
| * | |
| LHR INC. OF NEW YORK AND EXPERIAN * | COMPLAINT AND |
| INFORMATION SOLUTIONS, INC. * | DEMAND FOR A JURY TRIAL |
| * | |
| DEFENDANTS * | |

# COMPLAINT

### I. INTRODUCTION

1. Plaintiff, Brian Southern ("Mr. Southern" or "plaintiff), on his own behalf, complains as follows against defendants LHR Inc. of New York ("LHR") and Experian Information Solutions, Inc. ("Experian") for violating the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681. The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (hereinafter referred to as the "Act" or the "FCRA"). Plaintiff is an identity theft victim who had several accounts opened using his name and personal identifiers. One of these accounts was First Equity, which defendant LHR is attempting to collect. Mr. Southern provided LHR with an identity theft report (police report) for this account and thereafter disputed the listing of this account to co-defendant Experian, which related this dispute to defendant LHR and then verified it as Mr. Southern's account. Plaintiff seeks actual damages, punitive damages, costs and attorney's fees from each defendant.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff Brian Southern is a "consumer" as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681a(c) and resides in East Baton Rouge Parish, State of Louisiana.

4. Defendant LHR Inc. of New York is a foreign corporation authorized to do and doing business in the state of Louisiana, who is a person(s) who furnishes information to consumer reporting agencies under the FCRA, 15 U.S.C. § 1681s-2. LHR's registered agent for service of process in the state of Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

5. Defendant Experian Information Solutions, Inc. ("Experian") is a consumer reporting agency as defined by the FCRA, 15 U.S.C. § 1681a(f). Experian is a foreign corporation authorized to do and doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.

## IV. FACTUAL ALLEGATIONS

6. Mr. Southern briefly lived in the Houston area and had a business with a cousin while living there.

7. Unbeknownst to Mr. Southern, this cousin and a friend of his cousin's used Mr. Southern's name and personal identifiers to open a number of credit accounts in Mr. Southern's name.

8. As expected, these accounts went unpaid and thereafter some were turned over to collection agencies seeking payment of these fraudulent accounts.

9. Mr. Southern learned of these accounts and in particular, an account opened with First Equity.

10. The First Equity account went unpaid and thereafter defendant LHR attempted to collect this account from Mr. Southern.

11. Mr. Southern had notified law enforcement about these fraudulent accounts and provided a copy of a police report for the First Equity account to defendant LHR in late November 2008.

12. Mr. Southern also knew this account was being reported by LHR to Experian.

13. Mr. Southern then disputed this account to defendant Experian in writing in January 2009.

14. Experian notified LHR of plaintiff's disputes pursuant to section 1681i(a) of the FCRA.

15. In response to plaintiff's dispute in January 2009, received from defendant Experian, LHR verified the inaccurate reporting of plaintiff's account, to Experian.

16. Prior to disputing this account o Experian, in conjunction with an earlier dispute of other fraudulent accounts, plaintiff had provided this same police report to Experian.

17. Plaintiff then disputed this account a second time with Experian however, Experian treated this dispute as a frivolous dispute and maintained this account on Mr. Southern's consumer report.

**DEFENDANTS' PRACTICES**

18. Defendant LHR negligently and willfully failed to comply with the requirements of the FCRA in 15 U.S.C. § 1681s-2(b).

19. As a result of defendant LHR's failure to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including damage to his reputation, emotional distress, and difficulty in obtaining credit, for which he seeks damages in amounts to be determined by the jury. Plaintiff also seeks punitive damages in an amount to be determined by the jury.

20. Defendant Experian negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

    a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

    b) failing to comply with the reinvestigations requirements in 15 U.S.C. § 1681i(a).

21. As a result of defendant Experian's failure to comply with the requirements of the FCRA plaintiff has suffered actual damages, including damage to his reputation, emotional distress, and difficulty in obtaining credit, for which he seeks damages in amounts to be determined by the jury. Plaintiff also seeks punitive damages from Experian in an amount to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against each defendant for:

    a) Actual damages;

    b) Punitive damages;

    c) Attorney fees, litigation expenses and costs; and

    d) Such other and further relief as is appropriate.

Page 4 of 5

Case 3:09-cv-00724-RET-DLD   Document 1   09/01/2009   Page 4 of 5

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com