# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN SOUTHERN        * | |
| PLAINTIFF             * | CIVIL ACTION NO. 09-724-RET-DLD |
| * | |
| VS.                   * | |
| * | |
| LHR INC. OF NEW YORK AND EXPERIAN * | |
| INFORMATION SOLUTIONS, INC.   * | |
| * | |
| DEFENDANTS            * | |

### NOTICE OF DISMISSAL OF
### LHR INC. OF NEW YORK PURSUANT TO RULE 41(a)(1)(i)

NOW INTO COURT, through undersigned counsel, comes Brian Southern, plaintiff herein, who dismisses his claims against LHR INC. OF NEW YORK pursuant to Rule 41(a)(1)(i), without prejudice.

> s/Garth J. Ridge
> **GARTH J. RIDGE**
> Bar Roll Number: 20589
> Attorney for Plaintiff
> 251 Florida Street, Suite 301
> Baton Rouge, Louisiana 70801
> Telephone Number: (225) 343-0700
> Facsimile Number: (225) 343-7700
> E-mail: GarthRidge@aol.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 6th day of August, 2010, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

> s/Garth J. Ridge
> **GARTH J. RIDGE**
> Attorney for Plaintiff

Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com