IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN SOUTHERN | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 09-724-RET-DLD |
| | * | |
| VS. | * | |
| | * | |
| LHR INC. OF NEW YORK AND EXPERIAN | * | |
| INFORMATION SOLUTIONS, INC. | * | |
| | * | |
| DEFENDANTS | * | |

## ORDER

THE FOREGOING STIPULATION CONSIDERED, it is hereby ordered that plaintiff's claims against defendant Experian Information Solutions, Inc. are dismissed with prejudice, all parties to bear their own costs and attorney's fees.

Baton Rouge, Louisiana this 11th day of Aug., 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT